RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

MAR 04 2019

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) STANLEY BLACK & DECKER, INC., ) ) Defendant. ) ) | Civil Action No. 1:18-cv-02525-CCB |

## CONSENT DECREE

This action was instituted by Plaintiff, the Equal Employment Opportunity Commission (the "EEOC" or the "Commission"), against Defendant, Stanley Black & Decker, Inc. ("Defendant"), alleging that Defendant violated Sections 102(a) and (b) of Title I of the Americans with Disabilities Act as amended by the Americans with Disabilities Amendments Act of 2008 ("ADA"), 42 U.S.C. § 12112(a) and (b), by failing to reasonably accommodate Amy L. Sicard ("Sicard") and by discharging her because of her disability.

The parties desire to resolve this action without the time and expense of continued litigation, and they desire to formulate a plan, to be embodied in a Decree, which will promote and effectuate the purposes of the ADA.

The Court has examined this Decree and finds that it is reasonable and just and in accordance with the Federal Rules of Civil Procedure and the ADA. Therefore, upon due consideration of the record herein and being fully advised in the premises, it is ORDERED, ADJUDGED AND DECREED:

1

## Scope of Decree

1. This Decree resolves all issues and claims in the Complaint filed by the Commission in this ADA action, which emanate from the Charge of Discrimination filed by Amy L. Sicard. This Decree in no way affects the Commission's right to process any other pending or future charges that may be filed against Defendant and to commence civil actions on any such pending or future charges as the Commission sees fit.

2. This Decree shall be in effect for a period of three years from the date it is entered by the Court. During that time, this Court shall retain jurisdiction over this matter and the parties for purposes of enforcing compliance with the Decree, including issuing such orders as may be required to effectuate the purposes of the Decree. If Defendant has failed to meet the established terms at the end of three years, the duration of the Decree may be extended.

3. This Decree, being entered with the consent of Plaintiff and Defendant, shall not constitute an adjudication or finding on the merits of the case.

## Relief to Sicard

4. Within fifteen business days of entry of this Decree, Defendant shall pay Sicard monetary relief in the total amount of $140,000, representing $40,000 in back pay with interest; and $100,000 in non-pecuniary compensatory damages. Defendant shall make all legally required withholdings from the back pay amount and required employee contributions under FICA. Defendant's required employer contributions under FICA are separate from, and shall not be deducted from, the portion of the payment representing back pay. Defendant will issue Sicard an IRS Form 1099 for the 2019 tax year for the compensatory damages amount and an IRS W-2 form for the 2019 tax year for the back pay amounts. The check and IRS forms will be sent directly to Sicard with copies to the EEOC.

5.     Defendant shall provide Sicard, within ten (10) days of the entry of this Decree, with a positive letter of reference, on Stanley Black & Decker letterhead, setting forth, at a minimum, the following: Sicard's dates of employment, position, work location, and positive attributes of her work performance. In response to any inquiry (whether written or oral) received by Defendant concerning Sicard from a potential employer, headhunter, or other person inquiring about her employment history, Defendant will provide dates of employment and position consistent with its policy. All requests for references shall be handled by Human Resources.

### Injunctive Relief

6.     Defendant, its officers, agents, employees and all other persons acting or claiming to act on its behalf and interest are enjoined from denying reasonable accommodations to qualified individuals with disabilities and violating the provisions of Title I of the ADA, and related regulations, including the following provisions:

> No covered entity shall discriminate against a qualified individual on the basis of disability in regard to . . . discharge of employees . . . . and other terms, conditions, and privileges of employment.

42 U.S.C. § 12112(a).

> "[T]he term 'discriminate against a qualified individual on the basis of disability' includes . . . not making reasonable accommodations to the known physical or mental limitations of an otherwise qualified individual with a disability . . . ."

42 U.S.C. § 12112(b)(5).

### Written Policies & Procedures

7.     Within sixty days from the entry of this Decree, Defendant will implement and disseminate to all employees and new hires in the Inside Sales Group located in Towson, Maryland a revised Inside Sales Attendance Policy. The revised policy will include a procedure for invoking a request for a reasonable accommodation under the ADA and will state that

Defendant will make exceptions to the policy when required by the ADA as a reasonable accommodation for employees with disabilities. Defendant will also revise related employee policies to reflect the revisions in the Inside Sales Attendance Policy.

### ADA Training

8. Within three months from the entry of this Decree, and every year thereafter for the duration of this Decree, Defendant shall provide at least 2 hours of live training in Towson, Maryland on the ADA for all Inside Sales supervisory and managerial employees and all human resources personnel. The training will cover all areas of prohibited ADA employment discrimination, and will include special emphasis on reasonable accommodation and the duty to engage in an interactive process. The training will also specifically address the provision of unpaid leave as a reasonable accommodation and exceptions to Defendant's Inside Sales Attendance Policy discussed in paragraph 7 above. The training shall be conducted by a qualified individual with experience with laws prohibiting employment discrimination.

9. Within ten business days of completing this training, Defendant will provide the EEOC with written documentation that the training occurred, including the date the training was completed, and a signed attendance list identifying the name and job title for all attendees.

10. During orientation, new employees shall be informed of Defendant's policies regarding the ADA and reasonable accommodation.

### Notice and Postings

11. Within ten business days of entry of this Decree, Defendant will post and cause to remain posted the posters required to be displayed in the workplace by Commission Regulations, 29 C.F.R. § 1601.30, in all places where notices to employees customarily are posted at its facility.

12. Within ten business days of entry of this Decree, Defendant will post in all places where notices to employees customarily are posted at its facility the Notice attached hereto as Exhibit A ("Notice to Employees"). This Exhibit shall be posted and maintained for the duration of the Decree and shall be signed by a representative of Defendant with the date of actual posting shown. Should the Exhibit become defaced, marred, or otherwise made unreadable, Defendant will ensure that new readable copies of the Exhibit are posted in the same manner as specified above. Within ten days of posting the Notice, Defendant shall forward to the Commission's Baltimore Field Office a copy of the signed Notice and written certification that the Notice has been posted and a statement of the location(s) and date of posting.

### Monitoring Provisions

13. On a quarterly basis, Defendant will prepare and submit to the Commission a list of all individuals who have been denied a reasonable accommodation sought under the ADA during that quarter in the Inside Sales Group. The list will include each individual's name; home address; home telephone number; a brief description of the accommodation requested; the reasons for the denial; and the name of each manager or supervisor involved in the relevant job action decision. If no individuals have been denied an accommodation sought under the ADA, Defendant will so inform the Commission's Baltimore Field Office.

14. On a quarterly basis, Defendant will prepare and submit to the Commission a list of all individuals who have complained (internally or externally) of or reported any discrimination in employment on the basis of disability during that quarter in the Inside Sales Group. This list will include each individual's name; home address; home telephone number; the nature of the individual's complaint; the name of the individual who received the complaint or report; the date the complaint or report was received; and a description of Defendant's actions

taken in response to the complaint or report, including the name of each manager or supervisor involved in those actions. If no individuals have complained of or reported any discrimination in employment on the basis of disability during that quarter, Defendant will so inform the Commission's Baltimore Field Office.

15. All materials required by this Decree to be sent to the EEOC shall be addressed to: Maria Salacuse, Supervisory Trial Attorney, Equal Employment Opportunity Commission, Baltimore Field Office. The materials shall be sent by electronic mail to maria.salacuse@eeoc.gov.

16. The Commission and Defendant shall bear their own costs and attorneys' fees.

17. The undersigned counsel of record in the above-captioned action hereby consent, on behalf of their respective clients, to the entry of the foregoing Consent Decree.

FOR PLAINTIFF:                                    FOR DEFENDANT:

/s/ Debra M. Lawrence                             /s/ Suzzanne W. Decker
Debra M. Lawrence                                 Suzzanne W. Decker, Esq.
Regional Attorney                                 (Signed by Maria Salacuse with permission
(Signed by Maria Salacuse with permission of      of Suzzanne W. Decker)
Debra M. Lawrence)                                MILES & STOCKBRIDGE, PC
                                                  100 Light St.
/s/ Maria Salacuse                                Baltimore, MD 21202
Maria Salacuse (Bar No. 15562)                    Phone: (410) 385-3417
Supervisory Trial Attorney                        sdecker@milesstockbridge.com
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Baltimore Field Office
George F. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201-2525
Phone: (410) 209-2733
maria.salacuse@eeoc.gov

**SO ORDERED.**

Signed and entered this 5t day of March, 2019.

_____
Catherine C. Blake
United States District Judge



# NOTICE TO EMPLOYEES POSTED PURSUANT TO A CONSENT DECREE BETWEEN THE EEOC AND STANLEY BLACK & DECKER, INC.

Stanley Black & Decker, Inc. ("Stanley") fully committed to maintaining a workplace in which all applicants and employees are free from illegal discrimination, including discrimination based on disability. This commitment is recognized by Stanley's policies and required by federal law.

The Americans with Disabilities Act, as amended by the Americans with Disabilities Act of 2008 (ADA) makes it unlawful for an employer to discriminate against any qualified individual because of a disability. Under the ADA, the term "discriminate" includes not making reasonable accommodations to the known physical or mental limitations of an otherwise qualified individual with a disability.

The term "reasonable accommodation" may include: granting employees medical leave; making existing facilities used by employees readily accessible to and usable by individuals with disabilities; and job restructuring, part-time or modified work schedules, reassignment to a vacant position, acquisition or modification of equipment or devices, and other similar accommodations.

In accordance with the applicable law:

Stanley WILL NOT engage in any acts or practices made unlawful by the ADA.

Employees or job applicants should report instances of discriminatory treatment to a supervisor, manager, or human resources [phone number to be inserted by Defendant]. Stanley has established policies and procedures to promptly investigate any such reports and to protect the person making reports from retaliation.

Individuals are also free to make complaints of employment discrimination directly to the Baltimore Field Office, George H. Fallon Federal Building, 31 Hopkins Plaza, Suite 1432, Baltimore, Maryland 21201 or by calling 866-408-8075 / TTY 800-669-6820. General information may also be obtained on the Internet at www.eeoc.gov.

_____
CEO
Stanley Black & Decker, Inc.

Date Posted: